# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                **Case No:   6:14-cv-1340-Orl-31DAB**

**VICTOR FRANCO ORTIZ,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Default Judgment against Defendant Victor Franco Ortiz (Doc. No. 12), filed January 14, 2015.

On February 4, 2015, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Motion for Default Judgment is **GRANTED.**   The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $10,468.56 together with accrued interest in the amount of $9,953.70 as of May 9, 2014, plus interest on the

total principal amount accruing thereafter at the rate of eight percent per annum ($2.29 per day), that amount being $666.39 as of this date.

    3.     After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party